UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLTS HUTCHINSON, | No. 2:13-cv-00620-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On October 9, 2013, this Court dismissed Plaintiff's state law claims with leave to amend and advised Plaintiff that if no amended complaint was filed within thirty (30) days of the electronic filing of that order, those causes of action would be dismissed with prejudice upon no further notice to the parties. Thirty days have passed, and no amended complaint has been filed.

///

///

///

///

///

///

1

Accordingly, Plaintiff's third and fourth causes of action, which arise under California's Unruh Civil Rights Act and its Disabled Persons Act, are now DISMISSED WITH PREJUDICE.

　　　　IT IS SO ORDERED.

Dated:  November 26, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT