Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

United States District Court

Eastern District of California

| | |
|---|---|
| Knolts Hutchinson,<br><br>  Plaintiff,<br><br>v.<br><br>California Department of Corrections and Rehabilitation, *et al.*,<br><br>  Defendants. | Case No. 2:13-cv-00620-MCE-AC<br><br>**Joint Stipulation to Continue Hearing on Defendants' Motion for Summary Judgment**<br><br>Date:   December 3, 2015<br>Time:   2:00 PM<br>Room:   7<br><br>Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record, Plaintiff Knolts Hutchinson, by Scottlynn J Hubbard IV, of the Disabled Advocacy Group, APLC, and Defendant California Department of Corrections and Rehabilitation, et al., by James Mathison, Deputy Attorney General of the State of California, that the hearing presently set for November 12, 2015, at

2:00 p.m., be continued to December 3, 2015, at 2:00 p.m.

Dated: October 15, 2015          DISABLED ADVOCACY GROUP, APLC

                                 */s/*Scottlynn J Hubbard IV
                                 Scottlynn J Hubbard IV
                                 Attorneys for Plaintiff

Dated: October 15, 2015          STATE OF CALIFORNIA

                                 */s/*James Mathison
                                 James Mathison
                                 Deputy Attorney General
                                 Attorney for Defendants

## ORDER

   IT IS HEREBY ORDERED that the hearing presently set for November 12, 2015, at 2:00 p.m., is continued to December 3, 2015, at 2:00 p.m.

   IT IS SO ORDERED.

DATED: October 20, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT