KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-2595
  Fax: (916) 324-5205
  E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendant California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KNOLTS HUTCHINSON,**<br><br>                Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                Defendants. | 2:13-cv-00620 MCE AC<br><br>**STIPULATION TO CONTINUE TRIAL DATE, ORDER**<br><br>Judge:       The Honorable Morrison C. England, Jr.<br>Trial Date:  January 23, 2017<br>Action Filed:  March 29, 2013 |

**IT IS STIPULATED** by and between Plaintiff Knolts Hutchinson, and Defendant California Department of Corrections and Rehabilitation (CDCR), as follows:

1. This matter was set for trial, beginning on November 16, 2015, and the trial date was continued to January 23, 2017 (ECF Nos. 19, 22);

2. On September 21, 2016, the defense of this matter was assigned to Deputy Attorney General R. Lawrence Bragg, as the previous Deputy Attorney General assigned to this matter, James D. Mathison, had left the Office of the Attorney General;

3. Defense counsel Bragg is scheduled for trial in another matter, *Garcia v. Clark,* No. 1:10-cv-00447 LJO, beginning on January 24, 2017;

4. Due to this schedule conflict, good cause exists to continue the trial date in *Hutchinson v. CDCR,* 2:13-cv-00620 MCE AC, approximately two weeks, to February 6, 2017, or to a date convenient to the Court, counsel, and the parties.

**SO STIPULATED.**

Dated:  September 21, 2016                                   Respectfully submitted,

DISABILITY ADVOCACY GROUP, APLC

*/s/ SCOTTLYNN J HUBBARD, IV*

SCOTTLYNN J HUBBARD, IV
*Attorneys for Plaintiff Hutchinson*

KAMALA D. HARRIS
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General

*/s/ R. LAWRENCE BRAGG*

R. LAWRENCE BRAGG
Deputy Attorney General
*Attorneys for Defendants California Department of Corrections and Rehabilitation*

**ORDER**

In light of the stipulation of the parties, and good cause appearing, the trial date in the above matter is VACATED.  A new trial date will be set and confirmed at the Final Pretrial Conference.

IT IS SO ORDERED.

Dated:  September 26, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE