KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JON S. ALLEN, State Bar No. 155069
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-2595
 Fax:  (916) 324-5205
 E-mail:  Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants California Department of Corrections and Rehabilitation, State of California, V. Singh and M. Scott*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KNOLTS HUTCHINSON,**<br><br>                                           Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                           Defendants. | 2:13-cv-00620 MCE AC<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION**<br><br>Judge:         The Honorable Morrison C. England, Jr.<br>Trial Date:   January 23, 2017<br>Action Filed: March 29, 2013 |

Plaintiff Knolts Hutchinson is proceeding in this action alleging violations of Title II of the Americans with Disabilities Act (ADA), and § 504 of the Rehabilitation Act of 1973.

On November 4, 2016, the parties filed a stipulation for voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 49.)

///

///

///

///

1

Pursuant to the parties' stipulation, the instant action is dismissed with prejudice and each party is to bear its own litigation costs and attorney's fees. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated: November 14, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE